United States Bankruptcy Court for the:

**District of South Carolina**

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Red Door Sandwich, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  33-1662304

**4. Debtor's address**

Principal place of business:
233 North Main Street
Suite 7
Greenville, SC 29601
Greenville County

Mailing address, if different from principal place of business:
3620 Pelham Road
Unit 5 - PMB 15
Greenville, SC 29615

Location of principal assets, if different from principal place of business:

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor    Red Door Sandwich, LLC _____    Case number (*if known*)_____
           Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>72251 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply*:<br>　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.   District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes.   Debtor  Matadoor Restaurant Group, LLC    Relationship _____<br>　　　　　　District  US Bankruptcy Court, South Carolina    When _____<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　　Case number, if known _____ |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor   Red Door Sandwich, LLC _____   Case number (*if known*)_____
         Name

### 11. Why is the case filed in *this district*?

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street

_____

_____
City                                         State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name  _____

Phone  _____

---

### Statistical and administrative information

### 13. Debtor's estimation of available funds

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated assets

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  Red Door Sandwich, LLC
        Name                                                              Case number (*if known*)_____

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/15/2025
             MM / DD / YYYY

✘ /s/ Argus Wiley                                    Argus Wiley
Signature of authorized representative of debtor     Printed name

Title  Manager

**18. Signature of attorney**

✘ /s/ Christine E. Brimm                             Date  07/15/2025
Signature of attorney for debtor                           MM / DD / YYYY

Christine E. Brimm
Printed name
Barton Brimm, PA
Firm name
P.O. Box 14805
Number    Street
Myrtle Beach                                         SC         29587
City                                                 State      ZIP Code

8032566582                                           cbrimm@bartonbrimm.com
Contact phone                                        Email address

SC 6569 / FED 6313                                   SC
Bar number                                           State

Debtor  Red Door Sandwich, LLC  _____  Case number (*if known*)_____
       First Name   Middle Name   Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

```
Maverick                United States
Restaurant Group        Bankruptcy Court
                        South Carolina

Red Door Pizza, LLC     United States
                        Bankruptcy Court
                        South Carolina
```

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**

**Fill in this information to identify the case:**

Debtor name: Red Door Sandwich, LLC

United States Bankruptcy Court for the: District of South Carolina

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Sygma Network<br>c/o Gary Colangelo<br>5550 Blazer Parkway, Suite 300<br>Dublin, OH, 43017 | | | | | | 60,145.15 |
| 2 | Net Lease<br>c/o Dane Sowinski<br>3 East Cleveland Court<br>Greenville, SC, 29607 | | | | | | 52,851.93 |
| 3 | Divisions, Inc.<br>3513 Solutions Center<br>Chicago, IL, 60677-8889 | | | | | | 23,170.00 |
| 4 | South Wharf Southern Crossing<br>c/o Summer Johnson<br>P.O. Box 724498<br>Atlanta, GA, 31139 | | | | | | 9,145.31 |
| 5 | Legend Landscape, Inc.<br>4076 Rex Road<br>Rex, GA, 30273 | | | | | | 6,480.00 |
| 6 | Royal Food Service<br>3720 Zip Industrial Blvd. SE<br>Atlanta, GA, 30354 | | | | | | 5,857.29 |
| 7 | Door Dash, Inc.<br>303 2nd Street<br>San Francisco, CA, 94107 | | | | | | 5,311.58 |
| 8 | Central Georgia Refrigeration<br>2391 Spires Drive<br>Macon, GA, 31216 | | | | | | 3,214.81 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor    Red Door Sandwich, LLC
         Name

Case number (*if known*)

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Darling Ingredients, Inc.<br>P.O. Box 554885<br>Detroit, MI, 48255-4885 | | | | | | 2,585.00 |
| 10 | The Wasserstrom Company<br>P.O. Box 933469<br>Cleveland, OH, 44193 | | | | | | 2,462.34 |
| 11 | EPC, Inc.<br>1290 Arrowhead Court<br>Crown Point, IN, 46307 | | | | | | 2,250.00 |
| 12 | WM Corporate Services, Inc.<br>P.O. Box 4648<br>Carol Stream, IL, 60197-4648 | | | | | | 2,240.20 |
| 13 | NCR Voyix Corporation<br>P.O. Box 198755<br>Atlanta, GA, 30384-8755 | | | | | | 2,051.94 |
| 14 | Coweta Fayette EMC<br>P.O. Box 70878<br>Charlotte, NC, 28272-0878 | | | | | | 2,040.63 |
| 15 | Greystone Power<br>P.O. Box 6071<br>Douglasville, GA, 30154-6071 | | | | | | 1,988.61 |
| 16 | Bridgefield Casualty Insurance Co.<br>P.O. Box 32034<br>Lakeland, FL, 33802-2034 | | | | | | 1,799.26 |
| 17 | Central Georgia EMC<br>P.O. Box 70878<br>Charlotte, NC, 28272-0878 | | | | | | 1,680.06 |
| 18 | SYNQ3 Restaurant Solutions, LLC<br>P.O. Box 75595<br>Chicago, IL, 60675-5595 | | | | | | 1,625.80 |
| 19 | Airgas National Carbonation<br>P.O. Box 734673<br>Dallas, TX, 75373-4673 | | | | | | 1,267.59 |
| 20 | Vivid Ink<br>8640 Airline Highway<br>Baton Rouge, LA, 70815-8128 | | | | | | 1,206.35 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:                                        )
                                              )
Red Door Sandwich, LLC,                       )     Case # 25-_____
                                              )
                        Debtor.               )     Chapter 11

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Fed. R. Bankr. P. 7001.1, Red Door Sandwich, LLC, discloses that Red Door Brands, LLC owns 100% of the corporation's equity interests, and that such entity is in turn owned 100% by Argus Wiley.


Dated: July 14, 2025                          RED DOOR SANDWICH, LLC

                                              By: _____
                                              Argus Wiley, Manager

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

IN RE: )
)
Red Door Sandwich, LLC, ) Case # 25-_____
)
_____Debtor._____) Chapter 11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Argus Wiley, declare under penalty of perjury that I am the Manager of Red Door Sandwich, LLC, and I am the sole member of its parent company, Red Door Brands, LLC, and that the following resolutions have been adopted by the Sole Member of said Company by unanimous consent in lieu of a meeting on the 14th day of July, 2025.

Be It Therefore Resolved, that Argus Wiley, Manager of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Argus Wiley, Manager of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case; and

Be It Further Resolved, that Argus Wiley, Manager of this limited liability company, is authorized and directed to employ Christine E. Brimm, attorney and the law firm of Barton Brimm, PA to represent the company in such bankruptcy case.

Dated: July 14, 2025

RED DOOR SANDWICH, LLC

By:_____
Red Door Brands, LLC, its Sole Member
By: Argus Wiley, Sole Member of Red Door Brands, LLC

Airgas National Carbonation
P.O. Box 734673
Dallas, TX 75373-4673

Allatoona Plumbing, Inc.
316 Creekwater Drive
Acworth, GA 30101

Ambiance Radio
79 East Daily Drive
Suite 263
Camarillo, CA 93010

American Express
P.O. Box 96001
Los Angeles, 90096-8000

Apex Funding Silver, LLC
2875 NE 191st
Miami, FL 33180

Apex MCA Holdings
2875 NE 191st
Miami, FL 33180

Arby's
3 Glenlake Parkway NE
Atlanta, GA 30328

Atlanta Restaurant Group
3 East Cleveland Court
Greenville, SC 29607

Bridgefield Casualty Insurance Co.
P.O. Box 32034
Lakeland, FL 33802-2034

Brown & Brown Insurance
P.O. Box 745961
Atlanta, GA 30374-5961

Central Georgia EMC
P.O. Box 70878
Charlotte, NC 28272-0878

Central Georgia Refrigeration
2391 Spires Drive
Macon, GA 31216

Cherokee County Water & Sewer
P.O. Box 5000
Canton, GA 30114-5000

Cinta Corp.
P.O. Box 630910
Cincinnati, OH 45263-0910

City of Fayetteville
210 Stonewall Avenue W
Fayetteville, GA 30214

Com Cast
P.O. Box 71211
Charlotte, NC 28272-1211

Coweta Fayette EMC
P.O. Box 70878
Charlotte, NC 28272-0878

Cozzini Bros, Inc.
8430 W. Bryn Mawr Avenue
Chicago, IL 60631

Credit Line Capital Group
124 Grove Avenue, Suite 194
Cedarhurst, NY 11516

Darling Ingredients, Inc.
P.O. Box 554885
Detroit, MI 48255-4885

Daymark Safety Systems
P.O. Box 778889
Chicago, IL 60677-8899

Divisions, Inc.
3513 Solutions Center
Chicago, IL 60677-8889

Door Dash, Inc.
303 2nd Street
San Francisco, CA 94107

DoorDash
116 New Montgomery Street
San Francisco, CA 94105

Ecolab Pest Elimination
26525 Network Place
Chicago, IL 60673-1262

Elite Funding dba New Capital Solutions
500 W. Putnam Avenue, Suite 400
Greenwich, CT 06830

Envysion
P.O. Box 669142
Dallas, TX 75266-9142

EPC, Inc.
1290 Arrowhead Court
Crown Point, IN 46307

Fayette County Water System
P.O. Box 190
Fayetteville, GA 30214

Flat Rock
180 Maiden Lane, Suite 1103
New York, NY 10038

Funderzgroup, LLC
dba Link Advance
750 East Main Street, 6th Floor
Stamford, CT 06901

Galt Funding Co.
103 Chester Avenue
Brooklyn, NY 11218

Georgia Department of Labor
223 Courtland Street, NE
Suite 300
Atlanta, GA 30303

Georgia Department of Revenue
1800 Century Blvd., NE
Suite 12000
Atlanta, GA 30345

Georgia Dept. of Revenue
610 Ronald Reagan Drive
Building G-1
Evans, GA 30809

Georgia Dept. of Revenue
6055 Lakeside Commons Drive
Suite 220
Macon, GA 31210

Georgia Dept. of Revenue
1047 Summit Grove Drive, Building 100
Suite 101
Watkinsville, GA 30677

Georgia Dept. of Revenue
4125 Welcome All Road, Suite 914
Atlanta, GA 30349

Georgia Dept. of Revenue
1501 13th Street, Suite A
Columbus, GA 31901

Georgia Dept. of Revenue
2595 Century Parkway NE
Suite 339
Atlanta, GA 30345-3173

Georgia Dept. of Revenue
735 N. Westover Road, Suite A
Albany, GA 31707

Georgia Dept. of Revenue
314 East Main Street, Suite 150
Cartersville, GA 30120

Georgia Dept. of Revenue
1000 Towne Center Blvd., Building 900
Suite A
Pooler, GA 31322

Georgia Dept. of Revenue
1214 N. Peterson Avenue, Suite 1
Douglas, GA 31533

Georgia Dept. of Revenue
528 Broad Street, SE
Gainesville, GA 30501-3728

Greystone Power
P.O. Box 6071
Douglasville, GA 30154-6071

GrubHub
222 W. Merchandise Mart Plaza
Chicago, IL 60654

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

IW Technologies
2970 Pinnacle Drive
Elgin, IL 60124-7943

Knowledge Management Systems, LLC
P.O. Box 83254
Lincoln, NE 68501

Legend Landscape, Inc.
4076 Rex Road
Rex, GA 30273

Mood Media
P.O. Box 71070
Charlotte, NC 28272-1070

Mynt Advance
100 Biscayne Blvd., #2303
Miami, FL 33132

NCR Voyix Corporation
P.O. Box 198755
Atlanta, GA 30384-8755

Net Lease
c/o Dane Sowinski
3 East Cleveland Court
Greenville, SC 29607

Net Lease
c/o Dane Sowinski
3 East Cleveland Court
Greenville, 29607

Parkview Advance, LLC
600 Summer Street
Stamford, CT 06901

Paulding County Water System
P.O. Box 168
Dallas, GA 30132

Payfluence
116 South Pleasantburg Drive
Suite A
Greenville, SC 29607

Royal Food Service
3720 Zip Industrial Blvd. SE
Atlanta, GA 30354

SC Department of Employment and Workforce
1550 Gadsden Street
P.O. Box 995
Columbia, SC 29202

SC Department of Revenue
Attn: Office of General Counsel - Bankr
300A Outlet Pointe Blvd.
Columbia, SC 29210

South Wharf Southern Crossing
c/o Summer Johnson
P.O. Box 724498
Atlanta, GA 31139

South Wharf-Southern Crossing
c/o Summer Johnson
P.O. Box 724498
Atlanta, GA 31139

Stellar Capital, LLC
600 Summer Street, Suite 204
Stamford, CT 06901

Sygma Network
c/o Gary Colangelo
5550 Blazer Parkway, Suite 300
Dublin, OH 43017

Sygma Network, Inc.
5550 Blazer Parkway
Suite 300
Dublin, OH 43017

SYNQ3 Restaurant Solutions, LLC
P.O. Box 75595
Chicago, IL 60675-5595

The Wasserstrom Company
P.O. Box 933469
Cleveland, OH 44193

UberEats
1455 Market Street
San Francisco, CA 94103

Union Funding Source, Inc.
1835 E. Hallandale Beach Blvd.
Suite 278
Hallandale, FL 33009

Vivid Ink
8640 Airline Highway
Baton Rouge, LA 70815-8128

Wand Digital
7575 Corporate Way
Eden Prairie, MN 55344

WM Corporate Services, Inc.
P.O. Box 4648
Carol Stream, IL 60197-4648

World Pay
MD: 1GH2Y1
8500 Governors Hill Drive
Cincinnati, 45249